UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID LEE NICKELSON,

    Plaintiff,

v.                                            Case No.  5:20-cv-269-RV-MJF

KEITH R. HARRIS,

    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 3, 2020 (ECF No. 5). Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed and I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2.     Plaintiff's federal claims under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted.

3. Plaintiff's state-law claims for fraud and negligence are **DISMISSED WITHOUT PREJUDICE** to Plaintiff refiling them in the appropriate state court.

4. The clerk of the court shall close this case file.

**DONE AND ORDERED** this 7th day of December, 2020.

*/s/ Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**